THE PEOPLE OF THE STATE OF NEW YORK ex rel. HIRAM H.
MILLER, Appellant, *v.* WILLIAM C. ELMENDORF, Mayor of
the City of Ithaca, Respondent.

*People ex rel. Miller* v. *Elmendorf,* 57 App. Div. 340, appeal dismissed.
(Argued November 12, 1901; decided November 26, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered Janu-
ary 18, 1901, which affirmed, on certiorari, the proceedings of
the defendant in dismissing the relator from the police force
of the city of Ithaca.

*F. E. Tibbetts* for appellant.

*Edward J. Mone* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN and VANN, JJ. Not sitting: LANDON, J.